K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Sydrian Lofton

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WENDY'S OF SANTA CLARA, INC., et al.,<br><br>　　　　Defendants. | No: 5:11-CV-1849-PSG<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Sydrian Lofton ("Plaintiff") and Defendants Wendy's of Santa Clara, Inc. and The Desmond Family Real Estate Limited Partnership, a California Limited Partnership ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants be dismissed with prejudice from this action.

　　　IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce

/
/
/
/

*Lofton v. Wendy's of Santa Clara, Inc., et al.*
Stipulation for Dismissal; Order

the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: June 23, 2011                                   MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Sydrian Lofton

Date: June 23, 2011                                   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/ David L. Emerzian
David L. Emerzian, Attorneys for Defendants Wendy's of Santa Clara, Inc., The Desmond Family Real Estate Limited Partnership, a California Limited Partnership

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Sydrian Lofton and Defendants Wendy's of Santa Clara, Inc. and The Desmond Family Real Estate Limited Partnership, a California Limited Partnership, shall comply with the terms of the Confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Sydrian Lofton and Defendants Wendy's of Santa Clara, Inc. and The Desmond Family Real Estate Limited Partnership, a California Limited Partnership, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, the entire action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 28, 2011                        _____
                                            United States Magistrate Judge